OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

# 1st NOTICE of PAYMENT DUE

Willie Eugene Weaver
Pelican Bay State Prison    J-91389
5905 Lake Earl Drive
P. O. Box 7000
Crescent City, Ca 95531-70

**Notice Date**
10/31/2007

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of fees by a person who files an affidavit that he is unable to pay such costs. Your application for In Forma Pauperis was denied and the filing fee is now due.

### This fee is due for the following case:

**Case Title: Weaver v. Internal Affairs et al**

| Case Number | Filing Date | Fee Due Date | Number of Appeals | Amount Owed |
|---|---|---|---|---|
| 5:07-cv-04202-JW | 8/16/2007 | 10/19/2007 | 0 | $350.00 |

Please immediately send a check for $350.00 to the above address:

**United States District Court**
**450 Golden Gate Avenue, 16th Floor**
**San Francisco, CA 94102**

**Make your check payable to "Clerk, U.S. District Court."**
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.    Total amount due: $350.00**