Copy 1 of 2

10/15/07
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. Box 7000
CRESCENT CITY, CA.
95531.

RECEIVED
07 NOV -6 PM 2:07
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

　　PLAINTIFF,

VS.

PELICAN BAY STATE PRISON,

　　DEFENDANT(S)

CASE NO. CV-07-04202 JW (PR)

MOTION TO VACATE JUDGEMENT

YOUR HONORABLE JUDGE:
OFFICE OF THE CLERK:

PLAINTIFF MOVE IN THIS COURT FOR AN ORDER PURSUANT TO RULE 59(E) OF THE FEDERAL RULES OF CIVIL PROCEDURE VACATING THE JUDGEMENT OF THIS COURT. THIS MOTION IS BASED ON THE PAPERS AND FILES IN THIS MATTER.

RESPECTIBLE SUBMITTED
Willie Weaver
SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING BE TRUE AND CORRECT.

IN THE UNITED STATES DIST-
-RICT COURT FOR THE NORTH-
-ERN DISTRICT OF CALIFOR-
-NIA

WILLIE WEAVER,
         PLAINTIFF,
VS.                          CASE NO. CV-07-04202
PELICAN BAY STATE

PRISON,              /   PROOF OF SERVICE
         DEFENDANT(S),

I hereby CERTIFY THAT ON: 10/15/07, I
SERVED A COPY OF THE ATTACHED
_____THREE EXACT MOTION TO_____
_____VACATE JUDGEMENT_____

by PLACING A COPY IN A POSTAGE PAID
ENVELOPE ADDRESSED TO THE PERSON(S)
HEREIN AFTER LISTED, by DEPOSITING
SAID ENVELOPE IN THE UNITED STATES
MAIL AT: PELICAN BAY STATE PRISON P.O.
BOX 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH
DEFENDANT OR ATTORNEY SERVED)
OFFICE OF THE CLERK IN THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN DISTRICT
OF CALIFORNIA 450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FORGOING IS TRUE AND CORRECT,
                              Willie Weaver
                              SIGNATURE