12/21/07
WILLIE WEAVER
J.91389 B.2.210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY. CA.
95531.

**Filed**

JAN 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA

WILLIE WEAVER,

            PLAINTIFF,

VS.

INTERNAL AFFAIRS
CLERK U.S. DISTRICT
COURT NORTHER DISTRICT
CLERK RICHARD
WIEKING ELIZABETH
GARCIA DEFENDANTS

CASE ND. C.07.4202

AFFIDAVIT FOR ENTRY
OF DEFAULT

            YOUR HONORABLE JUDGE!
            OFFICE OF THE CLERK!

WILLIE WEAVER, BEING DULY SWORN
DEPOSES AND SAYS:

1. I AM A PLAINTIFF HEREIN.

2. THE MOTION TO VACATE JUDGEMENT
HERE IN WAS FILED ON THE 10/15/07

3. MORE THAN 60 DAYS HAVE ELAPSED
SINCE THE DATE ON WHICH THE
SAID DEFENDANT(S) HERE IN WERE
SERVED WITH COPY'S OF MOTION
TO VACATE JUDGEMENT,
EXCLUDING THE DATE THERE OF.

(1)

YOUR HONORABLE JUDGE :
THE DEFENDANT HAVE FAILED TO
ANSWER TO OTHER WISE DEFEND AS
TO PLAINTIFF MOTION TO VACATE
JUDGEMENT.
OR SERVE A COPY OF ANY ANSWER
OR DEFENSE WHICH IT MIGHT
HAVE HAD, UPON AFFIANT OR ANY
OTHER PLAINTIFF HEREIN.

4. DEFENDANT(S) ARE NOT IN THE
   MILITARY SERVICE AND ARE NOT
   INFANTS OR INCOMPETENTS
5. THIS AFFIDAVIT IS EXECUTED
   IN ACCORDANCE WITH RULE NO.
   55 (A) OF THE FEDERAL RULE OF
   CIVIL PROCEDURE, FOR THE
   PURPOSE OF ENABLING THE
   DEFENDANT(S) HEREIN, FOR THEIR
   FAILURE TO ANSWER OR OTHER
   WISE DEFEND AS TO THE PLAINT
  -IFF MOTION TO VACATE
   JUDGEMENT.

RESPECTIBLE SUBMITTED
Willie Weaver
SIGNATURE

I DECLARE UNDER PENALTY OF
PERJURY THAT THE FORGOING BE
TRUE AND CORRECT.

(2)