IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
   PLAINTIFF,
VS.

INTERNAL AFFAIRS
CLERK U.S. DISTRICT,
   DEFENDANT(S).

CASE NO. C-07-4202

PROOF OF SERVICE

**Filed**
JAN 07 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

I HEREBY CERTIFY THAT ON: 12/31/07, I SERVED A COPY OF THE ATTACHED THREE EXACT AFFIDAVIT FOR ENTRY OF DEFAULT

by PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S), HERE IN AFTER LISTED by depositing SAID ENVELOPE IN THE UNITED STATES MAIL AT: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT, CITY, 95531,

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA, 94102
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOR GOING IS TRUE AND CORRECT,

Willie Weaver
SIGNATURE